United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

**UNITED FOOD & COMMERCIAL WORKERS**
**LOCAL ONE PENSION FUND and its**
**TRUSTEES, Frank C. DeRiso , Eric Glathar,**
**Donald E. Eliason, Gregory P. Gorea,**
**Robert Boehlert, John P. Barrett,**
**Christine McMahon and Raymond Wardynski,**

       **Plaintiffs,**

V.                                  **CASE NUMBER:**    **6:08-CV-214 (NPM/GJD)**

**SCHISA BROS., INC.,**

       **Defendant.**

**[ ]  Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[ X ]  Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Plaintiffs' application for entry of default judgment pursuant to Rule 55(b)(2) is hereby GRANTED; and judgment is entered in favor of the Plaintiffs and against the Defendant in the principal sum of $468,467.50 plus interest in the sum of $57,477.11, liquidated damages in the amount of $93,693.50, reasonable attorneys fees in the amount of $2,920.50, and costs in the sum of $515.95, making a total due of $623,074.56, with post-judgment interest thereon from the date of entry thereof.

    All of the above pursuant to the order of the Honorable Judge Neal P. McCurn, dated the 9th day of September, 2008.

**DATE:**    **September 10, 2008**               **LAWRENCE K. BAERMAN**
                                                        **CLERK OF COURT**

                                                          s/

                                                          _____

                                                          **By:**    **Lori M. Welch**
                                                                   **Deputy Clerk**